UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*************************************************

JOHN BORGES,

        Plaintiff,

v.

TUBED PRODUCTS, INCORPORATED
and McCORMICK & COMPANY,
INCORPORATED

        Defendants.

*************************************************

CIVIL ACTION NO. 04-30132-MAN

## PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

The Defendants, Tubed Products, Incorporated and McCormick & Company, Incorporated, respectfully state:

    1.    On June 11, 2004, the Plaintiff, John Borges, commenced an action against the Defendants, Tubed Products, Incorporated and McCormick & Company Incorporated, in the Superior Court of the Commonwealth of Massachusetts, Hampden County, Civil Action No. 04-587. Service of the Summons and Complaint was made on the Defendants on July 7, 2004. Copies of the Summons and Complaint are annexed hereto as Exhibit A. Pursuant to Local Rule 81.1, certified copies of all documents filed in the Superior Court will be forwarded to the Court within thirty (30) days of the filing of the instant Petition.

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753


Mag Judge
copy to cl

2. Plaintiff alleges violations of the Age Discrimination in Employment Act ("ADEA").

3. The Court has jurisdiction pursuant to 28 U.S.C. § 1331.

4. Removal of this action to this Court is authorized by 28 U.S.C. § 1441 as it arises under the laws of the United States.

5. This Petition for Removal is filed with this Court within thirty (30) days after receipt by Defendant of a copy of the initial pleading setting forth the claim for relief upon which such action is based and the Summons.

WHEREFORE, Defendants pray that the above-referenced action now pending in the Superior Court, Commonwealth of Massachusetts, Hampden County, be removed to this Court.

Respectfully submitted,

*Amy B. Royal*
Amy B. Royal, Esq.
BBO No. 647175
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: July 14, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Maurice M. Cahillane, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, P.O. Box 9035, Springfield, MA 01102-9035, by first-class, U.S. mail, postage prepaid on July 14, 2004.

*Amy B. Royal*
Amy B. Royal, Esq.

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753

Case 3:04-cv-30132-KPN    Document 1    Filed 07/14/2004    Page 3 of 7

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT — MOTOR VEHICLE TORT — CONTRACT — EQUITABLE RELIEF — (OTHER)

# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION
NO. 04-587

JOHN BORGES, _____, PLAINTIFF(S)

V.

SUMMONS

TUBED PRODUCTS, INC. and
McCORMICK & COMPANY, INC. _____, DEFENDANT(S)

To the above named defendant: Tubed Products, Inc

You are hereby summoned and required to serve upon Maurice M. Cahillane, Esq. 67 Market St., Springfield, MA 01103, plaintiff's attorney, whose address is _____, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esq., at Springfield the ____2nd____ day of ____July____ in the year of our Lord two thousand three four.

_____
Clerk / Magistrate

NOTICE TO DEFENDANT -- You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No. 1

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.                                        SUPERIOR COURT DEPARTMENT
                                                    OF THE TRIAL COURT

                                                    CIVIL ACTION NO. 04 587

JOHN BORGES,                    )
     Plaintiff                  )
v.                              )
                                )
TUBED PRODUCTS INCORPORATED     )      COMPLAINT
and McCORMICK & COMPANY,        )
INCORPORATED,                   )
     Defendants                 )

1. The plaintiff, John Borges, is a natural person residing at 6 Lisa Lane, Westfield, Hampden County.

2. The defendant, Tubed Products, Inc., is a Maryland corporation based in the Commonwealth at 44 O'Neill Street, Easthampton, Hampshire County.

3. The defendant, McCormick & Company, Inc., is a Maryland corporation and does business in the Commonwealth and is the parent of and controls the defendant Tubed Products, Inc.

4. Plaintiff was employed by Tubed Products, Inc. from October 1996 to November, 2002, and was a supervisor at the Easthampton facility.

5. While employed at the defendant, the plaintiff performed his job well. Plaintiff had superior objective production numbers in comparison to younger supervisors.

6. On November 22, 2002, the plaintiff was terminated without good cause. The defendant retained supervisors under 50 and also a dismissed another supervisor who was 64.

7. The plaintiff was terminated because of his age and without good cause.

## COUNT I

8. The plaintiff restates and realleges each allegation contained in paragraphs 1 - 7.

9. By their actions the defendants violated G.L. c. 151B §4 and did so intentionally and wilfully.

Wherefore plaintiff prays:

a. That judgment be granted in his favor.

b. That he be awarded all of his actual damages, punitive damages, and multiple damages under G.L. c. 151B, §9.

c. That he be awarded interest, costs and attorneys' fees.

d. That he be reinstated to his position.

e. That the Court grant such other relief as it deems just.

## COUNT II

10. The plaintiff restates and realleges each allegation contained in paragraphs 1 - 9.

11. By their action the defendants violated the ADEA and did so intentionally and wilfully.

Wherefor the plaintiff prays:

a. That judgment be granted in his favor.

b. That he be awarded all of his actual damages, punitive damages and liquidated damages.

c. That he be reinstated to his position.

d. That he be awarded interest costs and attorneys' fees.

e. That the Court grant such other relief as it deems just.

## COUNT III

12. The plaintiff restates and realleges each allegation contained in paragraphs 1 - 11.

13. By the terms under which the plaintiff was hired, he had an annual salary and therefore had a renewable annual contract for employment. By their actions the defendants breached that contract by terminating the plaintiff without cause.

Wherefore plaintiff prays:

a. That judgment be entered in his favor.

b. That he be awarded damages for breach of contract.

c. That he be awarded interests, costs and attorneys' fees.

d. That the Court grant such other relief as it deems just.

PLAINTIFF DEMANDS A TRIAL BY JURY

THE PLAINTIFF
BY HIS ATTORNEY

Dated: 6/11/04

Maurice M. Cahillane, Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 069660

10979-020891\70478.wpd

3