UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*************************************************

| | |
|---|---|
| JOHN BORGES, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. |
| TUBED PRODUCTS, INCORPORATED and McCORMICK & COMPANY, INCORPORATED | * 04-30132-KPN |
| Defendants. | * |

*************************************************

## NOTICE OF APPEARANCE

NOW COMES Skoler, Abbott & Presser, P.C., by Amy B. Royal, Esq., and hereby notices its Appearance as counsel for Defendants, TUBED PRODUCTS, INC. and McCORMICK & COMPANY, INC., in the above-referenced matter.

Respectfully submitted,

*Amy B. Royal*
Amy B. Royal, Esq.
BBO No. 647175
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: July 14, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Maurice M. Cahillane, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, P.O. Box 9035, Springfield, MA 01102-9035, by first-class, U.S. mail, postage prepaid on July 14, 2004.

*Amy B. Royal*
Amy B. Royal, Esq.

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753