UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************************
                                             *
JOHN BORGES,                                 *
                                             *
                    Plaintiff,               *
                                             *
v.                                           *
                                             *  CIVIL ACTION NO. 04-30132-KPN
TUBED PRODUCTS, INCORPORATED                 *
and McCORMICK & COMPANY,                     *
INCORPORATED                                 *
                                             *
                    Defendants.              *
                                             *
*********************************************
```

**<u>DEFENDANTS' CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Local Rule 7.3, the Defendants hereby file this statement identifying McCormick & Company, Inc., as the parent corporation and a publicly held company that owns 10% or more of its stock.

                                                                                                    Respectfully submitted,

                                                                                                    /s/ Amy B. Royal
                                                                                                    Amy B. Royal, Esq.
                                                                                                    BBO No. 647175
                                                                                                    Counsel for Defendants
                                                                                                    Skoler, Abbott & Presser, P.C.
                                                                                                    One Monarch Place, Suite 2000
                                                                                                    Springfield, Massachusetts  01144

Dated:  July 15, 2004                      Tel.: (413) 737-4753/Fax: (413) 787-1941

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Maurice M. Cahillane, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, P.O. Box 9035, Springfield, MA 01102-9035, by first-class, U.S. mail, postage prepaid on July 15, 2004.

                                                                             /s/ Amy B. Royal
                                                                             Amy B. Royal, Esq.