UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOHN BORGES,

        Plaintiff,

v.         CIVIL ACTION NO. 04-30132-KPN

TUBED PRODUCTS, INCORPORATED
and McCORMICK & COMPANY,
INCORPORATED

        Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ANSWER**

Defendants, Tubed Products, Incorporated and McCormick & Company, Incorporated, submit this Answer and Affirmative Defenses to the Plaintiff, John Borges' Complaint.

1. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint, except insofar as Defendants admit that Plaintiff is a natural person.

2. Defendants deny the allegations in Paragraph 2 of Plaintiff's Complaint as written.

3. Defendants deny the allegations in Paragraph 3 of Plaintiff's Complaint as written, except insofar as Defendants admit that McCormick & Company, Inc., is a Maryland corporation.

4. Defendants admit the allegations in Paragraph 4 of Plaintiff's Complaint.

5. Defendants deny the allegations in Paragraph 5 of Plaintiff's Complaint.

6. Defendants deny the allegations in Paragraph 6 of Plaintiff's Complaint as written.

7. Defendants deny the allegations in Paragraph 7 of Plaintiff's Complaint.

## COUNT I

8. Defendants incorporate by reference their answers to the preceding Paragraphs as if fully set forth herein.

9. Defendants deny the allegations in Paragraph 9 of Plaintiff's Complaint.

## COUNT II

10. Defendants incorporate by reference their answers to the preceding Paragraphs as if fully set forth herein.

11. Defendants deny the allegations in Paragraph 11 of Plaintiff's Complaint.

## COUNT III

12. Defendants incorporate by reference their answers to the preceding Paragraphs as if fully set forth herein.

13. Defendants deny the allegations in Paragraph 13 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Some or all of Plaintiff's claims are barred by the applicable statute of limitations.

3. Plaintiff has failed to exhaust his administrative remedies.

4.   As to each Count, without conceding Plaintiff has suffered any damages as a result of any purportedly wrongful act of the Defendants, Plaintiff has failed to mitigate his damages.

                                                  Respectfully submitted,

                                                  /s/ Amy B. Royal
                                                  Amy B. Royal, Esq.
                                                  BBO No. 647175
                                                  Counsel for Defendants
                                                  Skoler, Abbott & Presser, P.C.
                                                  One Monarch Place, Suite 2000
                                                  Springfield, Massachusetts  01144
Dated:  July 15, 2004                    Tel.: (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Maurice M. Cahillane, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, P.O. Box 9035, Springfield, MA 01102-9035, by first-class, U.S. mail, postage prepaid on July 15, 2004.

                                                /s/ Amy B. Royal
                                                Amy B. Royal, Esq.