UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOHN BORGES, | \* |
| Plaintiff, | \* |
| v. | \* |
| | \*  CIVIL ACTION NO. 04-30132-KPN |
| TUBED PRODUCTS, INCORPORATED and McCORMICK & COMPANY, INCORPORATED | \* |
| Defendants. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

NOW COMES Skoler, Abbott & Presser, P.C., by Timothy F. Murphy, Esq., and hereby notices its Appearance as counsel for Defendants, TUBED PRODUCTS, INC. and McCORMICK & COMPANY, INC., in the above-referenced matter.

Respectfully submitted,

/s/ Timothy F. Murphy, Esq.
Timothy F. Murphy, Esq.
BBO No. 556429
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Dated: July 21, 2004    Tel.: (413) 737-4753/Fax: (413) 787-1941

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was filed electronically and served upon Plaintiff's counsel, Maurice M. Cahillane, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, P.O. Box 9035, Springfield, MA 01102-9035, by first-class, U.S. mail, postage prepaid on July 21, 2004.

/s/ Timothy F. Murphy, Esq.
Timothy F. Murphy, Esq.