MAS-20040305            Commonwealth of Massachusetts       07/30/2004
marlowta                       HAMPDEN SUPERIOR COURT         10:05 AM
                            Case Summary
                             Civil Docket

## HDCV2004-00587
### Borges v Tubed Products Incorporated et al

AUG − 2 2004

04 CV 30132-KPN

| | | | | |
|---|---|---|---|---|
| **File Date** | 06/11/2004 | **Status** | Disposed: transfered to other court (dtrans) | |
| **Status Date** | 07/19/2004 | **Session** | B - Civil B - CtRm 5 | |
| **Origin** | 1 | **Case Type** | B22 - Employment Discrimination | |
| **Lead Case** | | **Track** | F | |
| **Service** | 09/09/2004 | **Answer** | 11/08/2004 | **Rule12/19/20** 11/08/2004 |
| **Rule 15** | 11/08/2004 | **Discovery** | 04/07/2005 | **Rule 56** 05/07/2005 |
| **Final PTC** | 06/06/2005 | **Disposition** | 08/05/2005 | **Jury Trial** Yes |

### PARTIES

**Plaintiff**
John Borges
Active 06/11/2004

**Private Counsel 069660**
Maurice M Cahillane
Egan Flanagan & Cohen
67 Market Street
PO Box 9035
Springfield, MA 01102-9035
Phone: 413-737-0260
Fax: 413-737-0121
Active 06/11/2004 Notify

**Defendant**
Tubed Products Incorporated
Served (answr pending) 06/11/2004

**Defendant**
McCormick & Company Incorporated
Service pending 06/11/2004

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/11/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 06/11/2004 | | Origin 1, Type B22, Track F. |
| 07/19/2004 | 2.0 | Case REMOVED this date to US District Court of Massachusetts |
| 07/27/2004 | | Pleading, Summons. Case has been transferred to U.S. District Court on 7/19/04., returned to Maurice M Cahillane, Esq.: |

A TRUE COPY
OF THE DOCKET MINUTES
IN WITNESS WHEREOF I hereunto
set my hand and affixed the seal
of the Superior Court for the County
of Hampden at Springfield on this
30th day of July, 2004

Tanya Marlow CSIT
DEPUTY ASSIST. Clerk

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.                                    SUPERIOR COURT DEPARTMENT
                                                OF THE TRIAL COURT

                                                CIVIL ACTION NO. 04  587

| | |
|---|---|
| JOHN BORGES,       )<br>       Plaintiff            )<br>v.                            )<br>                              )<br>TUBED PRODUCTS INCORPORATED )<br>and McCORMICK & COMPANY, )<br>INCORPORATED,                )<br>       Defendants            ) | COMPLAINT |

HAMPDEN COUNTY
SUPERIOR COURT
**FILED**

JUN 11 2004

CLERK-MAGISTRATE

1.  The plaintiff, John Borges, is a natural person residing at 6 Lisa Lane, Westfield, Hampden County.

2.  The defendant, Tubed Products, Inc., is a Maryland corporation based in the Commonwealth at 44 O'Neill Street, Easthampton, Hampshire County.

3.  The defendant, McCormick & Company, Inc., is a Maryland corporation and does business in the Commonwealth and is the parent of and controls the defendant Tubed Products, Inc.

4.  Plaintiff was employed by Tubed Products, Inc. from October 1996 to November, 2002, and was a supervisor at the Easthampton facility.

5.  While employed at the defendant, the plaintiff performed his job well. Plaintiff had superior objective production numbers in comparison to younger supervisors.

6.  On November 22, 2002, the plaintiff was terminated without good cause. The defendant retained supervisors under 50 and also a dismissed another supervisor who was 64.

No. of Plffs. 1
Fee Paid - $ 240.—   Cash - Check
Surcharge Paid - $ 15.—   Cash - Check
Security Fee - Paid - $ 20.—   Cash - Check
Received by

7. The plaintiff was terminated because of his age and without good cause.

## COUNT I

8. The plaintiff restates and realleges each allegation contained in paragraphs 1 - 7.

9. By their actions the defendants violated G.L. c. 151B §4 and did so intentionally and wilfully.

Wherefore plaintiff prays:

a. That judgment be granted in his favor.

b. That he be awarded all of his actual damages, punitive damages, and multiple damages under G.L. c. 151B, §9.

c. That he be awarded interest, costs and attorneys' fees.

d. That he be reinstated to his position.

e. That the Court grant such other relief as it deems just.

## COUNT II

10. The plaintiff restates and realleges each allegation contained in paragraphs 1 - 9.

11. By their action the defendants violated the ADEA and did so intentionally and wilfully.

Wherefor the plaintiff prays:

a. That judgment be granted in his favor.

b. That he be awarded all of his actual damages, punitive damages and liquidated damages.

c. That he be reinstated to his position.

d. That he be awarded interest costs and attorneys' fees.

c.  That the Court grant such other relief as it deems just.

## COUNT III

12. The plaintiff restates and realleges each allegation contained in paragraphs 1 - 11.

13. By the terms under which the plaintiff was hired, he had an annual salary and therefore had a renewable annual contract for employment. By their actions the defendants breached that contract by terminating the plaintiff without cause.

Wherefore plaintiff prays:

a.  That judgment be entered in his favor.

b.  That he be awarded damages for breach of contract.

c.  That he be awarded interests, costs and attorneys' fees.

d.  That the Court grant such other relief as it deems just.

PLAINTIFF DEMANDS A TRIAL BY JURY

THE PLAINTIFF
BY HIS ATTORNEY

Dated: 6/11/04

Maurice M. Cahillane, Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 069660

10979-02089 1\70478.wpd

A true copy.

Attest:    3

Tanya Marlow  C.S.E
Deputy Assistant Clerk

| CIVIL ACTION COVER SHEET | Docket No.(s) 04 587 | Trial Court of Massachusetts Superior Court Department |
|---|---|---|
| | | County: Hampden Division |

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| JOHN BORGES | TUBED PRODUCTS INCORPORATED and MCCORMICK & COMPANY, INCORPORATED |

| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE | ATTORNEY (if known) |
|---|---|
| Maurice M. Cahillane | |
| Egan, Flanagan and Cohen, P.C. | HAMPDEN COUNTY SUPERIOR COURT |
| 67 Market Street, Springfield, MA 01103 | **FILED** |
| Board of Bar Overseers Number: | JUN 11 2004 |

**Origin code and track Destination**

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231, s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal C.231, s. 97 & 104 (After trial)
- [ ] 5. F05 Reactivated after rescript, relief from judgment/Order
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION** (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B22 | Employ/Descrim | ( F ) | ( X ) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ...........
2. Total Doctor expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ...........
3. Total chiropractic expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ...........
4. Total physical therapy expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ...........
5. Total other expenses (describe) . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ...........
   Subtotal $ ...........
B. Documented lost wages and compensation to date . . . . . . . . . . . . . . . . . . . . . . . . . $ ...........
C. Documented property damages to date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ...........
D. Reasonably anticipated future medical and hospital expenses . . . . . . . . . . . . . . . . . . $ ...........
E. Reasonably anticipated lost wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ...........
F. Other documented items of damages (describe) . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ...........
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

   $ ...........
   TOTAL $

**CONTRACT CLAIMS**

Provide a detailed description of claim(s):

TOTAL $

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record *Maurice M. Cahillane*     DATE: June 11, 2004

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

A true copy.
Attest:
*Tanya Marlow*
Deputy Assistant Clerk

10979-020891\71135.wpd