UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOHN BORGES, | * * * |
| Plaintiff, | * * |
| v. | * * |
| | * CIVIL ACTION NO. 04-30132-KPN |
| TUBED PRODUCTS, INCORPORATED and McCORMICK & COMPANY, INCORPORATED | * * * |
| | * |
| Defendants. | * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## *JOINT STATEMENT AND PROPOSED PRETRIAL SCHEDULE*

The parties propose the following:

**I.    JOINT SCHEDULING PLAN FOR DISCOVERY**

The parties have agreed to the following Discovery Schedule:

1.    The parties will fulfill the Automatic Document Disclosure Requirement by September 14, 2004.

2.    The parties shall serve Interrogatories and Requests for Production of Documents by October 15, 2004.

3.    Non-expert depositions will be completed by January 15, 2005.

4.    Plaintiff's' disclosure of expert witness information under F.R.C.P. 26(a)(2)(B) will be provided by January 31, 2005.  The defendants' disclosure of expert witness information under F.R.C.P. 26(a)(2)(B) will be provided by February 28, 2005.

5.    Depositions of expert witnesses will be completed March 31, 2005.

6.  Discovery will be completed by March 31, 2005, unless enlarged by the Court.

7.  Counsel shall appear for a case management conference at a date and time convenient for the Court and the parties.

## II.  LOCAL RULE 16.4 CERTIFICATION OF COUNSEL AND PARTIES

Counsel have conferred with their clients concerning a budget for the cost of the litigation and the possible resolution of the litigation through alternative dispute resolution.  Written certifications will be filed prior to the Scheduling Conference.

## III.  PENDING MATTERS

There are no pending matters.

Respectfully submitted,

| | |
|---|---|
| The Defendants, | The Plaintiff |
| By Their Attorneys, | By His Attorney, |
| | |
| /s/ Timothy F. Murphy, Esq. | /s/ Maurice M. Cahillane, Esq. |
| Timothy F. Murphy, Esq. | Maurice M. Cahillane, Esq. |
| BBO#556429 | BBO#069660 |
| Skoler, Abbott & Presser, P.C. | Egan, Flanagan and Cohen, P.C. |
| One Monarch Place, Suite 2000 | 67 Market Street |
| Springfield, Massachusetts 01144 | P.O. Box 9035 |
| 413 737-4753 | Springfield, MA  01102-9035 |
| | 413 737-0620 |

DATED:   August 24, 2004