UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN BORGES,                          )
        Plaintiff              )
                                      )
v.                                    )   Civil Action No.  04-30132-KPN
                                      )
                                      )
TUBED PRODUCTS, INCORPORATED)
and McCORMICK & COMPANY,              )
INCORPORATED,                         )
        Defendants            )

SCHEDULING ORDER
August 31, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosures by September 14, 2004.

2. All interrogatories and requests for production of documents shall be served by October 15, 2004.

3. Non-expert depositions shall be completed by January 15, 2005.

4. Counsel shall appear for a case management conference on January 28, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                /s/ Kenneth P. Neiman
                KENNETH P. NEIMAN
                U.S. Magistrate Judge