UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30132-KPN

| | |
|---|---|
| JOHN BORGES,<br>    Plaintiff<br>v.<br><br>TUBED PRODUCTS INCORPORATED<br>and McCORMICK & COMPANY,<br>INCORPORATED,<br>    Defendants | )<br>)<br>)         CERTIFICATION<br>)<br>)<br>)<br>)<br>) |

We certify that we have conferred as to the costs of conducting this litigation and alternative causes, including alternative dispute resolution pursuant to Local Rule 16.1

_____
John Borges, Plaintiff

_____
Maurice M. Cahillane, Esq.
Attorney for the Plaintiff
Egan Flanagan and Cohen, P.C.
67 Market Street
Springfield, MA 01103
Tel: 413-737-0260; Fax: 413-737-0121
BBO No.: 069660

Dated:   September 7, 2004

10979-020891\75442.wpd