UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

[date stamp]

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOHN BORGES,

    Plaintiff,

vs.

TUBED PRODUCTS, INC. &
McCORMICK & COMPANY, INC.,

    Defendants.

CIVIL ACTION NO. 04-30132-KPN

## LOCAL RULE 16.1(D)(3) STATEMENT

Pursuant to Local Rule 16.1(D)(3), the Defendants, Tubed Products, Inc. and McCormick & Company, Inc. (hereinafter "Defendants"), and their counsel, Skoler, Abbott & Presser, P.C., hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of the captioned litigation through trial and have discussed alternative dispute resolution ("ADR") programs and the costs of resolving the captioned litigation through an ADR program.

Respectfully submitted,

_____
Timothy F. Murphy, Esq.
BBO No. 556429
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax (413) 787-1941

Dated: September 9, 2004

Tubed Products, Inc. & McCormick & Company, Inc.,

_____
Gregory Yawman
Associate Counsel

Dated: September 1, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Local Rule 16.1(D)(3) Statement* was served upon the attorney of record for each other party via electronic filing and by first-class, U.S. mail, postage prepaid, on September 10, 2004.

*Timothy Murphy/gm*
Timothy F. Murphy, Esq.

F:\OFFICE DOCUMENTS\Data\Longview Recreational Vehicles\Russell, Ember\Litigation 04-30031-KPN\LR 16.1D3 Certification.wpd