UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*****************************************
                                         *
JOHN BORGES,                             *
                                         *
            Plaintiff,                   *
                                         *
v.                                       *
                                         *   CIVIL ACTION NO. 04-30132-KPN
TUBED PRODUCTS, INCORPORATED             *
and McCORMICK & COMPANY,                 *
INCORPORATED                             *
                                         *
            Defendants.                  *
                                         *
*****************************************
```

## DEFENDANTS' MOTION TO COMPEL

Defendants, Tubed Products, Incorporated and McCormick & Company, Incorporated, by its attorney, Amy B. Royal, Esq., pursuant to Fed. R. Civ. P. 37, request that the Court issue an order compelling both initial disclosures and discovery responses as a result of Plaintiff's failure to comply with disclosures and discovery. As reasons therefore, Defendants state as follows:

***The Initial Disclosures under Rule 26***:

1.  On August 31, 2004, the parties attended a Scheduling Conference.

2.  On September 17, 2004, Plaintiff sent a letter to Defendants enclosing certain documents as its automatic discovery, but did not provide complete Initial Disclosures as it did not provide a list of all individuals who may have information pertaining to Plaintiff's claims nor did Plaintiff provide a computation of claimed damages with supporting documentation as is required under Rule 26(a)(1) of the Federal Rules of Civil Procedure.

3.  On October 21, 2004, Defendants' counsel wrote to Plaintiff's counsel regarding Plaintiff's overdue Initial Disclosures. (A copy of this letter is attached as Exhibit 1).

4.  On December 7, 2004, Defendants' counsel again wrote to Plaintiff's counsel regarding Plaintiff's overdue Initial Disclosures. (A copy of this letter is attached as Exhibit 2).

5. To date, Defendants have not received complete Initial Disclosures from Plaintiff. Specifically, Defendants have not received a list of all individuals who may have information pertaining to Plaintiff's claims, including their name, address and telephone number and a description of their information, nor have Defendants received a computation of Plaintiff's claimed damages with all documentation on which such computation is based.

### *Defendants' Discovery Served on Plaintiff*:

6. On October 14, 2004, Defendants served their First Set of Interrogatories and First Request for Production of Documents on Plaintiff.

7. Discovery was due by November 15, 2004. When Defendants did not receive Plaintiff's discovery responses, Defendants contacted Plaintiff's counsel by telephone regarding overdue discovery.

8. On December 2, 2004, Plaintiff's counsel left a voicemail message for Defendants' counsel in which he stated that he needed an additional ten (10) days to provide discovery. Defendants agreed to this request.

9. On December 6, 2004, Defendants wrote to Plaintiff's counsel to inform him that since Plaintiff's deposition was scheduled for December 17, 2004, Plaintiff must respond to discovery by no later than December 15, 2004. (A copy of this letter is attached as Exhibit 3).

10. To date, Plaintiff has failed to serve Answers to Defendants' First Set of Interrogatories and responses to Defendants' First Request for Production of Documents.

WHEREFORE, the Defendants request that this court order the Plaintiff within five (5) days of the date of the order to provide Initial Disclosures and Discovery Responses, or, in the alternative, dismiss the case for failure to comply.

Respectfully Submitted,

 /s Amy B. Royal
Amy B. Royal, Esq.
BBO No. 647175
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144

Dated:  January 3, 2005          Tel.: (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1, prior to filing the foregoing Motion to Compel Discovery, counsel for the Defendants attempted in good faith to resolve the matters addressed herein by communicating with Plaintiff's counsel, Maurice Cahillane, as indicated above.

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above *Motion to Compel* was served upon Plaintiff's counsel, Maurice M. Cahillane, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, P.O. Box 9035, Springfield, MA 01102-9035, by first-class, U.S. mail, postage prepaid on January 3, 2005.

    /s Amy B. Royal
    Amy B. Royal, Esq.