# EXHIBIT 1



# SKOLER, ABBOTT&PRESSER, P.C.
*Exclusively Representing Management in Labor and Employment Law*

Amy B. Royal*
ARoyal@skoler-abbott.com

*also admitted in Connecticut

October 21, 2004

Maurice M. Cahillane, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA  01102-9035

        Re: John Borges v.
           Tubed Products, Incorporated and
           McCormick & Company, Incorporated
           <u>Civil Action No. 04-30132-KPN</u>

Dear Attorney Cahillane:

  It appears that Plaintiff has not served his Initial Disclosures upon Defendants regarding the above-referenced matter. Please forward these to me as soon as possible.

  Please feel free to call with any questions. Thank you for your cooperation in this matter.

                Sincerely,

                Amy B. Royal

ABR:mlt
cc: Tubed Products, Incorporated ✓
  McCormick & Company, Incorporated ✓

SUITE 2000 • ONE MONARCH PLACE • SPRINGFIELD, MA 01144 • 413-737-4753 • FAX 413-787-1941 • *www.skoler-abbott.com*
255 PARK AVENUE • WORCESTER, MA 01605 • 508-757-5335
AFFILIATE OF WORKLAW NETWORK: THE NATIONWIDE NETWORK OF MANAGEMENT LABOR AND EMPLOYMENT LAW FIRMS.

# EXHIBIT 2



# SKOLER, ABBOTT & PRESSER, P.C.
*Exclusively Representing Management in Labor and Employment Law*

Amy B. Royal*
ARoyal@skoler-abbott.com

*also admitted in Connecticut

December 7, 2004

Maurice M. Cahillane, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA 01102-9035

                    Re:  John Borges v.
                          Tubed Products, Incorporated and
                          McCormick & Company, Incorporated
                          <u>Civil Action No. 04-30132-KPN</u>

Dear Attorney Cahillane:

      On October 21, 2004, I sent you a letter to inform you that we have not received the Plaintiff's Initial Disclosures. To date, Defendants still have not received the Initial Disclosures. Although, on September 17, 2004, Plaintiff sent a letter to Defendants enclosing certain documents as its automatic discovery, Rule 26 of the Federal Rules of Civil Procedure also requires that you provide a list of all individuals who may have information pertaining to Plaintiff's claims, including their name, address and telephone number and a description of their information. In addition, the Rule requires that you provide a computation of your client's claimed damages with all documentation on which such computation is based. Pursuant to Local Rule 26.2, Initial Disclosures must be provided before that party may initiate discovery. Since the deadline for conducting non-expert depositions is fast approaching, Defendants will need this information immediately.

      Please feel free to call with any questions. Thank you for your attention to this matter.

                                            Sincerely,

                                            Amy B. Royal

ABR:mlt
cc: Tubed Products, Incorporated ✓
    McCormick & Company, Incorporated ✓

Suite 2000 • One Monarch Place • Springfield, MA 01144 • 413-737-4753 • Fax 413-787-1941 • *www.skoler-abbott.com*
255 Park Avenue • Worcester, MA 01605 • 508-757-5335
Affiliate of Worklaw Network: The nationwide network of management labor and employment law firms.

# EXHIBIT 3



# SKOLER, ABBOTT&PRESSER, P.C.
*Exclusively Representing Management in Labor and Employment Law*

Amy B. Royal*
ARoyal@skoler-abbott.com

*also admitted in Connecticut

December 6, 2004

**VIA FACSIMILE AND REGULAR MAIL**

Maurice M. Cahillane, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA  01102-9035

Re: John Borges v.
Tubed Products, Incorporated and
McCormick & Company, Incorporated
Civil Action No. 04-30132-KPN

Dear Attorney Cahillane:

As you know, my assistant contacted you regarding your overdue discovery responses. On December 2, 2004, you indicated to her that you needed an additional ten days to respond to Defendants' discovery.

As Mr. Borges' deposition is scheduled for December 17, 2004 at 9 a.m., I will need to receive Plaintiff's Answers to Interrogatories and Document Responses by no later than December 15 so I can review them prior to the deposition. If I do not receive Plaintiff's discovery responses by December 15, I will need to call him back for a second day of deposition.

Thank you for your attention to this matter.

Sincerely,

*Amy B. Royal*

Amy B. Royal

ABR:mlt
cc: Tubed Products, Incorporated ✓
    McCormick & Company, Incorporated ✓