UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOHN BORGES,

        Plaintiff,

v.    CIVIL ACTION NO. 04-30132-KPN

TUBED PRODUCTS, INCORPORATED
and McCORMICK & COMPANY,
INCORPORATED,

        Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO STAY DISCOVERY

The Plaintiff, John Borges, and the Defendants, Tubed Products, Incorporated, and McCormick & Company, Incorporated, hereby request that since the parties have agreed to enter into mediation the Court stay discovery until mediation has been concluded.

1. The parties are interested in making a good faith effort to resolve this matter prior to a trial on the merits;

2. The parties are interested in avoiding further expense associated with continuing the discovery they have already begun;

3. The parties have agreed to mediate and will continue discovery only if the matter is not resolved at the mediation; and

4. The parties are in the process of selecting a mediator.

Wherefore, the parties jointly request that the Court stay discovery until the mediation is concluded.

-2-

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| /s/ Amy B. Royal | /s/ Maurice M. Cahillane |
| Amy B. Royal, Esq. | Maurice M. Cahillane, Esq. |
| BBO No. 647175 | BBO No. 069660 |
| Skoler, Abbott & Presser, P.C. | Egan, Flanagan and Cohen, P.C. |
| One Monarch Place, Suite 2000 | 67 Market Street/ P.O. Box 9035 |
| Springfield, Massachusetts  01144 | Springfield, Massachusetts  01102 |
| Tel.: (413) 737-4753/Fax: (413) 787-1941 | Tel.: (413) 737-0260/Fax: (413) 737-0121 |

Dated:  January 5, 2005