UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>JOHN BORGES</u>
     Plaintiff(s)

V.

<u>TUBED PRODUCTS, INC. and McCORMICK & COMPANY, INC.</u>
     Defendant(s)

CIVIL ACTION

NO. <u>04-30132-KPN</u>

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE <u>NEIMAN</u>

<u>SWARTWOOD, C.M.J.</u>

On <u>April 13, 2005</u> I held the following ADR proceeding:

 ____ EARLY NEUTRAL EVALUATION   _X_ MEDIATION

 ____ MINI-TRIAL   ____ SUMMARY JURY TRIAL

 ____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were present in person or by authorized corporate officer [except _____].

The case was:

[X] Settled. Your clerk should enter a <u>30</u> day order of dismissal.

[ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:
_____
_____

<u>April 13, 2005</u>      /s/Charles B. Swartwood, III
DATE      UNITED STATES CHIEF MAGISTRATE JUDGE

(adrrpt. - 01/96)      [adrrpt.]