UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN BORGES,            )
      Plaintiff    )
                       )
                       )
    v.                  )   Civil Action No. 04-30132-KPN
                       )
                       )
TUBED PRODUCTS, INC, et al.,   )
      Defendants  )

## SETTLEMENT ORDER OF DISMISSAL
April 15, 2005

The court, having been advised on April 15, 2005, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk