UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BORGES,<br>      Plaintiff<br><br>vs.<br><br>TUBED PRODUCTS, INCORPORATED<br>and McCORMICK & COMPANY,<br>INCORPORATED<br>      Defendants | )<br>)<br>)<br>)<br>)   Civil Action No.: 04-30132-KPN<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

Now come the parties to this action and they hereby stipulate, pursuant to Mass. Rules of Civil Procedure 41 (a)(1), that all claims in this action be dismissed, including all original and amended complaints, counterclaims, cross-claims and third party claims, with prejudice and without costs.

| THE PLAINTIFF, JOHN BORGES | THE DEFENDANTS, TUBED PRODUCTS, INCORPORATED and McCORMICK & COMPANY, INCORPORATED |
|---|---|
| By: _/s/ Maurice M. Cahillane_<br>Maurice M. Cahillane, Esq., BBO# 069660<br>EGAN, FLANAGAN AND COHEN, P.C.<br>67 Market Street - Post Office Box 9035<br>Springfield, MA 01102<br>Tel: 413-737-0260; Fax: (413) 737-0121 | By: _/s/ Amy B. Royal_<br>Amy B. Royal, Esq., BBO# 647175<br>Skoler Abbott & Presser<br>1 Monarch Place<br>Springfield, MA 01144<br>Tel.: 413-737-4753; Fax: 413-787-1941<br><br>June 8, 2005 |

10979-020891\90472.wpd